Jim Marino v. Morris White, consolidated with R. H. Dietz et al., appellees, v. Morris White and National Reserve Insurance Company, on appeal of National Reserve Insurance Company, appellant. Gen. No. 37,661.

Opinion filed December 24, 1934.

Silber, Isaacs, Clausen & Woley, for appellant; Donald N. Clausen and Herbert W. Hirsh, of counsel. Jacob Kosbie, for appellees.

Mr. Justice Matchett delivered the opinion of the court.